United States District Judge Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE

| | | |
|---|---|---|
| NADIYA ABDULA SALIH, | ) | Case No.: 2:17-CV-00554 |
|     Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| NANCY A. BERRYHILL, Deputy Commissioner of Social Security Operations, | ) ) ) ) | |
|     Defendant | ) ) | |

Based upon the parties' stipulated motion for attorney's fees, docket no. 13, and the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (2018), it is hereby ordered that EAJA attorney's fees of $5,608.51, shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Tha Win, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Tha Win, at 606 Maynard Ave. South, Suite 201, Seattle, WA 98104.

Dated this 19th day of July 2018.

                                                              Thomas S. Zilly
                                                              United States District Judge

1  Presented by:

2  By:/ s /_____
   Tha Win Attorney #23217
3  606 Maynard Avenue South
   Suite 201
4  Seattle, WA 98104
5  Telephone: (206) 903-0289
   Fax: (206) 720-9710
6  E-mail: thawinlaw@yahoo.com
   Attorney for Plaintiff